# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-14510-ELF

TIMOTHY GLENN

1116 WEST SOMERSET STREET

PHILADELPHIA, PA 19133

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    TIMOTHY GLENN

    1116 WEST SOMERSET STREET

    PHILADELPHIA, PA 19133

Counsel for debtor(s), by electronic notice only.

    BRANDON J. PERLOFF, ESQ.
    1333 RACE STREET

    PHILADELPHIA, PA 19107-

Date: 12/22/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee