**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
TIMOTHY GLENN

Chapter 13

Debtor

Bankruptcy No. 18-14510-ELF

# **O R D E R**

AND NOW, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: January 25, 2022**

_____  
Honorable Eric L. Frank  
Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
BRANDON J. PERLOFF, ESQ.  
1333 RACE STREET

PHILADELPHIA, PA 19107-

Debtor:  
TIMOTHY GLENN

1116 WEST SOMERSET STREET

PHILADELPHIA, PA 19133